United States Court of Appeals
Fifth Circuit

**F I L E D**

**August 19, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-10002
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TERINA RENAE BROWN,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:97-CR-245-2-P
--------------------

Before JONES, WIENER, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Terina Renae Brown ("Brown"), federal inmate #30881-077,
appeals the district court's denial of her 18 U.S.C. § 3582
motion for a reduction in her sentence.  Brown received a
stipulated sentence as permitted by FED. R. CRIM. P. 11(e)(1)(C).
Because Brown's sentence was imposed in accordance with
Rule 11(e)(1)(C), 18 U.S.C. 3582(c)(2) does not apply.
Consequently, the district court did not abuse its discretion in

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

denying Brown's motion.  <u>United States v. Shaw,</u> 30 F.3d 26, 29 (5th Cir. 1994).

AFFIRMED.